DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FORTINO MENDEZ-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-11-0236-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| FORTINO MENDEZ-SOTO, ) | Date:   August 16, 2011 |
| ) | Time:   9:15 a.m. |
| Defendant. ) | Judge:  Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from August 2, 2011, to August 16, 2011 at 9:15 a.m.  They stipulate that the time between August 2, 2011 and August 16, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

1  Dated: July 28, 2011                    Respectfully submitted,

2                                          DANIEL BRODERICK
                                           Federal Defender
3

4                                          */s/ Douglas Beevers*
                                           _____
5                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
6                                          Attorney for Defendant
                                           FORTINO MENDEZ-SOTO
7

8  Dated: July 28, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney
9

10                                         */s/ Michele Beckwith*
                                           _____
11                                         MICHELE BECKWITH
                                           Assistant U.S. Attorney
12

13                                   **ORDER**

14      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
15 ordered that the status conference presently set for August 2, 2011, be
16 continued to August 16, 2011, at 9:15 a.m.  Based on the representation
17 of counsel and good cause appearing therefrom, the Court hereby finds
18 that the ends of justice to be served by granting a continuance outweigh
19 the best interests of the public and the defendant in a speedy trial.  It
20 is ordered that time from the date of this Order, to and including, the
21 August 16, 2011, status conference shall be excluded from computation of
22 time within which the trial of this matter must be commenced under the
23 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
24 T-4.

25 Dated: August 1, 2011

26
                                           _____
27                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
28                                         UNITED STATES DISTRICT COURT

Stip and Order                             -2-