DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FORTINO MENDEZ-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>FORTINO MENDEZ-SOTO,<br><br>          Defendant. | No.   CR-S-11-0236-LKK<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:   August 23, 2011<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

The parties request that the status conference in this case be continued from August 16, 2011, to August 23, 2011 at 9:15 a.m. They stipulate that the time between August 16, 2011 and August 23, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

| | |
|---|---|
| Dated: August 10, 2011 | Respectfully submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | */s/ Douglas Beevers*<br>_____<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>FORTINO MENDEZ-SOTO |
| Dated: August 10, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Michele Beckwith*<br>_____<br>MICHELE BECKWITH<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 16, 2011, be continued to August 23, 2011, at 9:15 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 23, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: August 15, 2011

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT